```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

JOHN JOHNS,                          :
                                     :   Civil Action No. 07-5909 (RMB)
            Plaintiff,               :
                                     :
      v.                             :   **ORDER**
                                     :
JUDGE JAMES E. ISMAN,                :
                                     :
            Defendant.               :   **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this **29th** day of **February** 2008,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Atlantic County Justice Facility; and it is further

**ORDERED** that the Complaint is DISMISSED WITH PREJUDICE; and it is further

**ORDERED** that this dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g); and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account

pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

s/Renée Marie Bumb<br>
Renée Marie Bumb<br>
United States District Judge

2